# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 1, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

154851(46)

ALICE M. BROWN,
        Plaintiff-Appellee,

v

        SC: 154851
        COA: 330508
        Chippewa CC: 14-013459-NO

CITY OF SAULT STE MARIE, ERIC
FOUNTAIN, GREG SCHMITIGAL, MIKE
BREAKIE, JEFF KILLIPS, and BRUCE
LIPPONEN,
        Defendants-Appellants.
_____/

        On order of the Chief Justice, the motion of the City of Flint to file a late brief amicus curiae is GRANTED. The amicus brief submitted on November 16, 2017, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 1, 2017



Clerk